United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Jerry A. LaCues # 077088

Case No.   15-mc-80086-JD

**ORDER OF SUSPENSION**

Because Jerry A. LaCues has failed to respond to the Order to Show Cause, Jerry A. LaCues's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  May 5, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Jerry A. LaCues # 077088

Case No.  15-mc-80086-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/5/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry A LaCues
12606 Central Avenue
Chino, CA 91710

Dated: 5/5/2015

Richard W. Wieking
Clerk, United States District Court

By: _Lisa R. Clark_
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

2